**ORIGINAL**

## Harmon, Linder & Rogowsky
*Attorneys at Law*
3 Park Avenue, 23rd Floor
Suite 2300
New York, NY 10016
Tel. (212) 732-3665
Fax. (212) 732-1462

David Harmon, Esq. *
*(1917-2013)
Mark J. Linder, Esq.
Ira Rogowsky, Esq.
Thomas A. Graci, Esq.
Bret Myerson, Esq.
Keith Mininson, Esq.
Michelle Jean-Jacques, Esq
Eric Mausolf, Esq
Jordan Byrd, Esq.
Thomas Mutone, Esq.

Jean Osnos, Esq.
Elisabeth Morgan, Esq.
Travis Frank, Esq.
Max Sverdlove, Esq.
Dwayne Crispell, Esq.
Rayne Sassower, Esq.
Martin Schwartz, Esq.
Steven Loren, Esq.
Danny Diaz, Esq.
Kesete Taye, Esq.
Jordan Hoch, Esq.

# MEMO ENDORSED



August 26, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/24

**VIA ELECTRONIC FILING**
Honorable District Judge Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street, Room 21C
New York, New York 10007

Re: Phillipe A. Santiago v Moreta Trucking, LLC and Juan Jesus Moreno Tamez
Civil Docket No.: 21-CV-06761 (LLS)

Dear Judge Stanton,

We represent the plaintiff, Phillipe A. Santiago, in this matter and respectfully submit this letter motion requesting an extension for the parties to submit a Pre-trial order from August 29th to December 6th. Per Court Order, the parties are to submit a Pre-Trial order by August 29, 2024. [Dkt. No. 25]. The request is being made with the consent of defense counsel, Marc Sloan. The reason for the request is that the parties have scheduled a private mediation with NAM to take place on November 14, 2024, and hope to resolve this matter. We will file a status report about the mediation by November 21, 2024. Should the case not settle, the parties will submit a Pre-Trial order. As such, the parties respectfully request that your Honor grant us an extension from August 29, 2024 until December 6, 2024 to file the Pre-trial Order.

This is the Parties' Fourth request for an extension of the Court's Case Management Plan and Scheduling Order.

We thank Your Honor for consideration of this matter.

*[Handwritten: So Ordered Louis L. Stanton 8/27/24]*

*[Handwritten: Final Pretrial conference is adjourned from August 29 to December 13 at 3:00pm. LLS]*

Respectfully submitted,

*Michelle Jean-Jacques*
Michelle Jean-Jacques, Esq.

cc: **Via ECF and email: msloane@defensecounsel.com**
Marc Sloane, Esq., Attorney for Defendants