ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
PHILLIPE A. SANTIAGO,

          Plaintiff,

                          21 Civ. 6761 (LLS)

   - against -

                            ORDER

MORETA TRUCKING, LLC and
JUAN JESUS MORENO TAMEZ,

          Defendants.
- - - - - - - - - - - - - - - - - -X

    It having been reported to the court that this action is settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.


Dated:  New York, New York
        December 6, 2024

                                    *Louis L. Stanton*
                                   LOUIS L. STANTON
                                      U.S.D.J.